# 交通银行股份有限公司章程

第一章 总 则

第一条 为规范交通银行股份有限公司（以下简称"交通银行"或"本行"）的组织和行为，维护本行、股东和债权人的合法权益，根据《中华人民共和国公司法》（以下简称"《公司法》"）、《中华人民共和国证券法》、《中华人民共和国商业银行法》（以下简称《商业银行法》）、国务院《关于股份有限公司境外募集股份及上市的特别规定》、《到境外上市公司章程必备条款》、《上市公司章程指引》、《股份制商业银行公司治理指引》、《股份制商业银行独立董事和外部监事制度指引》和其他有关法律法规、监管规章的有关规定，制订本章程。

第三条 本行注册名称为：交通银行股份有限公司，简称"交通银行"。英文名称为：BANK OF COMMUNICATIONS Co., Ltd.

第十二条　本行实行总分行制。本行分支机构不具有法人资格，在总行授权范围内依法开展业务。总行对全行主要人事任免、业务政策、综合计划、基本规章制度等实行统一领导和管理，对分支机构实行统一核算、统一调度资金、分级管理的财务制度。

根据业务发展需要，经国务院银行业监督管理机构批准，本行可在境内外设立分支机构和子公司。在境外设立的分支机构和子公司，可以经营监管当局和当地法律许可的各项银行业务和其他金融业务。