Oliver K. Beiersdorf
Lonnie Ellis Klein
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
obeiersdorf@reedsmith.com
lklein@reedsmith.com
*Attorneys for Petitioner Crescendo Maritime Co.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRESCENDO MARITIME CO., <br><br> Petitioner, <br><br> v. <br><br> BANK OF COMMUNICATIONS COMPANY LIMITED, <br><br> Respondent. | No. 15 Civ. 04481 (JFK) <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, on February 25, 2016, a judgment (Dkt. No. 48) ("Original Judgment") was entered in favor of Petitioner Crescendo Maritime Co. ("Crescendo") and against Respondent Bank of Communications Company Limited ("BOCOM") (Crescendo and BOCOM are collectively referred to herein as the "Parties"); and

WHEREAS, on March 2, 2016, the amount awarded under the Original Judgment was amended by an Amended Judgment (Dkt. No. 49) ("Amended Judgment"); and

WHEREAS, on March 23, 2016, the amount awarded under the Amended Judgment was amended by a Corrected Amended Judgment (Dkt. No. 55) ("Corrected Amended Judgment") (the Original Judgment, Amended Judgment, and the Corrected Amended Judgment are collectively referred to herein as the "Judgment"); and

WHEREAS, said Judgment has been wholly satisfied by stipulation of the Parties; and

THEREFORE, satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court for the United States District Court for the Southern District of New York is hereby authorized and directed to cancel, satisfy, and discharge the Judgment.

Dated: September 9, 2016
New York, NY

REED SMITH LLP

By: _____

Oliver K. Beiersdorf
Lonnie Ellis Klein
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York  10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
obeiersdorf@reedsmith.com
lklein@reedsmith.com
*Attorneys for Petitioner Crescendo Maritime Co.*